E-filing

| | |
|---|---|
| 1  JAMES A. THOMPSON, Esq. (SBN 043136)<br>   JAMES A. THOMPSON P.C.<br>2  101 Wikiup Drive, Suite D<br>   Santa Rosa, CA 95403<br>3  (707) 575-7799<br>   (707) 575-9924 fax<br>4<br>   Attorney for Defendants.<br>5 | **FILED**<br><br>JAN 2 4 2006<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br>              Plaintiffs,<br>    vs.<br>LEMOS CONCRETE CONSTRUCTION, INC., a California corporation; and ROSENCO LEMOS, an individual,<br>              Defendants. | Case No.: C 05 1015 MJJ<br><br>REQUEST FOR TRIAL CONTINUANCE AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE |

A trial continuance and settlement conference continuance are hereby requested due to the serious medical condition of Rosendo Lemos, president Lemos Concrete Construction. In furtherance of this request, a letter of January 19, 2006 is attached,

DEFENDANTS' RESPONSE - 1

JAMES A. THOMPSON P.C.
101 Wikiup Drive, Suite D
Santa Rosa, CA 95403

1 | addressed to Judge Joseph R. Spero.
2 | Respectfully submitted,
3 |
4 |
5 | James A. Thompson
6 | Attorney for Lemos Concrete Construction

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

1/24/2006
DATE

DEFENDANTS' RESPONSE - 2

JAMES A. THOMPSON P.C.
101 Wikiup Drive, Suite D
Santa Rosa, CA 95403