JAMES A. THOMPSON, Esq. (SBN 043136)
JAMES A. THOMPSON P.C.
101 Wikiup Drive, Suite A
Santa Rosa, CA 95403
707-575-7799 office
707-575-9924 fax

Attorney for Defendant

**GRANTED**
Judge Joseph C. Spero
October 19, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO ET AL. <br><br> Plaintiff(s), <br><br> vs. <br><br> LEMOS CONCRETE CONSTRUCTION, INC., ET AL., <br><br> Defendant(s). | CASE NO.: C 05 1016 MJJ (JCS) <br> and Related case No. C-05-1016 MJJ (JCS) <br><br> **DEFENDANT'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE** <br><br> (E-FILING CASES) <br><br> Judge: Magistrate Judge Joseph C. Spero |

TO ALL PARTIES AND COUNSEL OF RECORD:

It is respectfully requested that the Settlement Conference previously scheduled for **October 19, 2006, at 9:30 a.m**., in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, be continued until **Thursday, November 16, 2006** in the same Courtroom at the same address at the same time.

Each party will be required to deliver directly to Magistrate Judge Joseph C. Spero's chambers, a Confidential Settlement Conference Statement ( or an *updated* statement if one has already been lodged with Chambers) on or before November 9, 2006.

Date: October 17, 2006

Respectfully submitted,

_____
JAMES A. THOMPSON, Attorney for Defendant, LEMOS CONCRETE CONSTRUCTION, INC.

DEFENDANT'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE