Ronald L. Richman. SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
e-mail: ron.Richman@bullivant.com
e-mail: susan.olson@bullivant.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE MORENO et al., <br><br> Plaintiff, <br><br> vs. <br><br> LEMOS CONCRETE CONSTRUCTION, INC., a California corporation; and ROSENCO LEMOS, an individual, <br><br> Defendant. | Case No.: C 05 01015 WHA <br><br> **REQUEST FOR DISMISSAL; ORDER THEREON** |
| EDWARD T. BERGO et al, <br><br> Plaintiffs, <br><br> vs. <br><br> LEMOS CONCRETE CONSTRUCTION, INC., a California corporation; and ROSENCO LEMOS, an individual, <br><br> Defendants. | Case No.: C05-01016 MJJ (JCS) |

Plaintiffs Jose Moreno, et al. [Laborers Trust Funds] respectfully request that this Court issue an Order of Dismissal, dismissing this action in its entirety, without prejudice. Said

dismissal is sought on the grounds that defendant Rosenco Lemos is deceased. Further it appears that Lemos Concrete Construction has ceased business operations.

Counsel for defendants previously withdrew. Plaintiffs have been unable to locate a representative of Lemos Concrete Construction, Inc. to secure a stipulation for dismissal. On November 2, 2007, the Hon. Martin J. Jenkins issued his Order of Dismissal as to the companion case, <u>Edward T. Bergo, et al. v. Lemos Construction, Inc., et al.</u>, USDC Northern District Case No. C05-01016, on these same grounds.

Plaintiffs further request that upon issuing the Order of Dismissal, this Court vacate the February 27, 2008 Case Management Conference.

DATED: February 20, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Attorneys for Plaintiffs

## ORDER OF DISMISSAL

Based on the foregoing and good cause appearing therefore:

IT IS HEREBY ORDERED that this action, in its entirety, be dismissed, without prejudice, as against defendants. Each side is to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Case Management Conference scheduled for February 27, 2008 be vacated.

DATED: February 21, 2008

IT IS SO ORDERED
Judge William Alsup

By _____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

10456924.1